**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-2164

HENRY FLOYD GILCHRIST,

Plaintiff - Appellant,

v.

SOUTH CAROLINA VETERANS ADMINISTRATION; UNITED STATES DISTRICT
COURT, d/b/a William M. Catoe; VETERANS AFFAIRS MEDICAL CENTER,
d/b/a Melba Banks; MAGISTRATE JUDGE WILLIAM CATOE; MELBA BANKS,
Chief of Chaplains,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  G. Ross Anderson, Jr., District
Judge.  (3:07-cv-02620-GRA)

Submitted:  April 23, 2008          Decided:  June 20, 2008

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Henry Floyd Gilchrist, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Floyd Gilchrist appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Gilchrist v. S.C. Veterans Admin.</u>, No. 3:07-cv-02620-GRA (D.S.C. Nov. 6, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>